# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 12, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151600(65)(67)

CHANCE LOWERY,
        Plaintiff-Appellee,

v

ENBRIDGE ENERGY, LIMITED PARTNERSHIP
and ENBRIDGE ENERGY PARTNERS, L.P.,
        Defendants-Appellants.

_____/

SC: 151600
COA: 319199
Calhoun CC: 2011-003414-NO

On order of the Chief Justice, the separate motions of the Michigan Manufacturers Association and the Great Lakes Environmental Law Center to file briefs amicus curiae are GRANTED. The amicus briefs submitted by those respective organizations on July 28, 2016, and July 29, 2016, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 12, 2016



Clerk